# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR COMMERCIAL FOODSERVICE, LLC, DBA TAYLOR COMPANY, <br><br> Defendant. | Case No. 22-cv-606-MN |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Kytch, Inc. appeals to the United States Court of Appeals for the Third Circuit from this Court's March 29, 2023 Order granting Defendant Taylor Commercial Foodservice, LLC's Motion to Dismiss.  The Order appealed from is memorialized in this Court's March 29, 2023 minute entry in this matter and recorded on pages 59–65 of the official transcript of the March 29, 2023 motion hearing in this matter [D.I. 17].

In appeal from this Court's March 29, 2023 Order, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the March 29, 2023 Order, that are related to the March 29, 2023 Order, and upon which the March 29, 2023 Order is based.

| | |
|---|---|
| Dated: April 28, 2023 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>CLARE LOCKE LLP<br><br>Elizabeth M. Locke, P.C.<br>Daniel P. Watkins<br>10 Prince Street<br>Alexandria, VA 22314<br>(202) 628-7407<br>libby@clarelocke.com<br>daniel@clarelocke.com<br><br>IRELL & MANELLA LLP<br><br>Jason Sheasby<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>(310) 277-1010<br>jsheasby@irell.com<br><br>*Attorneys for Plaintiff Kytch, Inc.* |