UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1810**

Kytch, Inc., v. Taylor Commercial Foodservice, LLC
(D. Del. No. 1:22-cv-00606)

**ORDER**

  The plaintiff has appealed after the district court orally dismissed the plaintiff's complaint without prejudice.  The parties must address whether an appeal may be taken from the district court's oral decision, memorialized in a docketed transcript, see, e.g., Spain v. Gallegos, 26 F.3d 439, 445 n.9 (3d Cir. 1994); Plant Econ., Inc., v. Mirror Insulation Co., 308 F.2d 275, 278 n.9. (3d Cir. 1962), or whether this appeal should be stayed under Federal Rule of Appellate Procedure 4(a)(2).  The parties must also address whether this Court has appellate jurisdiction in light of the "without prejudice" dismissal.  See, e.g., Weber v. McGrogan, 939 F.3d 232, 236–42 (3d Cir. 2019); Borelli v. City of Reading, 532 F.2d 950, 951 (3d Cir. 1976).  All parties must file written responses addressing these issues within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: May 5, 2023
PDB/cc: All Counsel of Record