# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| KYTCH, INC., <br><br> *Plaintiff-Appellant*, <br><br> v. <br><br> TAYLOR COMMERCIAL FOODSERVICE, LLC DBA TAYLOR COMPANY; <br><br> *Defendant-Appellee*. | Case No. 23-1810 <br><br> On Appeal from the U.S. District Court for the District of Delaware (Case No. 1:22-CV-00606-MN, Hon. Maryellen Noreika) |

## ELIZABETH M. LOCKE'S MOTION TO WITHDRAWAL AS COUNSEL FOR PLAINTIFF KYTCH, INC.

1. Elizabeth M. Locke, P.C. of the law firm Clare Locke LLP filed an Entry of Appearance on May 10, 2023 on behalf of Plaintiff-Appellant Kytch, Inc.

2. Mark Thomson and Daniel Watkins, formerly of Clare Locke LLP, now at Meier Watkins Phillips Pusch LLP, also filed entries of appearance in this action.

3. Plaintiff-Appellant Kytch, Inc. consents to the withdrawal of Clare Locke LLP from further representation of Kytch, Inc., in this matter.

4. As a result, Clare Locke LLP requests leave of court to withdraw as counsel for Plaintiff-Appellant.

5. Accordingly, Clare Locke LLP requests that any and all documents be forwarded to the attention of Plaintiff-Appellant through their counsel Meier Watkins Phillips Pusch LLP.

1

6.  Therefore, Clare Locke LLP requests that it be permitted to withdraw as counsel for Kytch, Inc.

WHEREFORE, for the above reasons, the undersigned counsel respectfully requests that the Court enter an Order granting this Motion to Withdraw as Counsel for Plaintiff-Appellant Kytch, Inc.

Date: October 17, 2023

Respectfully Submitted,

*/s/ Elizabeth M. Locke, P.C.*
ELIZABETH M. LOCKE, P.C.
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
libby@clarelocke.com

*Attorney for Plaintiff-Appellant Kytch, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2023, I caused the Motion to Withdraw of Counsel to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 17, 2023    By:   */s/ Elizabeth M. Locke, P.C.*
                                 Elizabeth M. Locke, P.C.
                                 *Attorney for Plaintiff-Appellant Kytch, Inc.*