No. 23-1810

In the

# United States Court of Appeals
## for the Third Circuit

KYTCH, INC.,

*Plaintiff-Appellant*,

v.

TAYLOR COMMERCIAL FOODSERVICE, LLC,
DBA TAYLOR COMPANY,

*Defendant-Appellee*.

On Appeal from the
United States District Court for the District of Delaware
Hon. Maryellen Noreika, District Judge, Presiding

**CONSENT MOTION OF
TAYLOR COMMERCIAL FOODSERVICE, LLC,
TO EXTEND TIME TO FILE RESPONSE BRIEF**

| | |
|---|---|
| Edward B. Micheletti | Shay Dvoretzky |
| Sarah Runnells Martin | Parker Rider-Longmaid |
| SKADDEN, ARPS, SLATE, | SKADDEN, ARPS, SLATE, |
|   MEAGHER & FLOM LLP |   MEAGHER & FLOM LLP |
| One Rodney Square | 1440 New York Ave., NW |
| 920 N. King St. | Washington, DC 20005 |
| Wilmington, DE 19801 | Telephone: 202-371-7000 |
| | shay.dvoretzky@skadden.com |
| Raza Rasheed | parker.rider-longmaid@skadden.com |
| SKADDEN, ARPS, SLATE, | |
|   MEAGHER & FLOM LLP | |
| 300 South Grand Ave., Ste. 3400 | |
| Los Angeles, CA 90071 | |

*Counsel for Defendant-Appellee Taylor Commercial Foodservice, LLC,
DBA Taylor Company*

# CONSENT MOTION OF TAYLOR COMMERCIAL FOODSERVICE, LLC, TO EXTEND TIME TO FILE RESPONSE BRIEF

Defendant-Appellee Taylor Commercial Foodservice, LLC, respectfully requests a 30-day extension of the deadline to file its response brief, up to and including Friday, January 26, 2024. *See* Fed. R. App. P. 26(a), (b), 27; Cir. R. 31.4. Taylor's response brief is currently due on December 27, 2023. *See* Doc. Nos. 19, 24. This is Taylor's first extension request. Undersigned counsel has conferred with counsel for Plaintiff-Appellant Kytch, Inc., and Kytch's counsel reports that Kytch consents to the requested extension. Three reasons supply good cause for the requested extension.

*First*, the response brief is currently due on December 27, 2023, just two days after Christmas and right between the Christmas and New Year's holidays. Counsel respectfully request this extension given preplanned family obligations during the holiday season.

*Second*, Taylor Commercial Foodservice's counsel have been addressing and must continue to address the continuing heavy press of business, with several competing deadlines extending from when Kytch filed its opening brief on November 27, 2023, through the new requested deadline in January 2024. Counsel have had to dedicate time to the following matters,

with most of the following deadlines (a) set before this Court set the current deadline for Taylor's response brief on October 18, 2023, Doc. No. 19, and (b) already reflecting extensions sought and obtained where practicable:

- November 27, 2023: cert petition filed in *Kinzy v. United States*, No. 23-578 (U.S.) (on an extension);

- November 27, 2023: cert petition filed in *Norfolk Southern Railway Co. v. STB, et al.*, No. 23-577 (U.S.) (on two extensions);

- December 11, 2023: cert petition due in *Ravenell v. United States*, No. 23A212 (U.S.) (on two extensions);

- December 12, 2023: oral argument in *TotalEnergies Renewables USA, LLC v. Trina Solar (U.S.), Inc.*, No. 22-16763 (9th Cir.) (motion pending to hold appeal in abeyance for *Coinbase, Inc. v. Suski*, No. 23-3 (U.S.));

- December 13, 2023: brief in opposition due in *Trendily Furniture, LLC v. Jason Scott Collection, Inc.*, No. 23-194 (U.S.) (on an extension);

- December 18, 2023: opening brief due in *Jamison v. Korn Ferry*, Nos. B328257 & B331108 (Cal. Ct. App.);

- December 22, 2023: reply brief due on an expedited schedule in *Wallrich v. Samsung Electronics America, Inc.*, No. 23-2842 (7th Cir.);

- December 29, 2023: reply brief due in consolidated cases *Carter v. Transport Workers Union of America Local 556*, Nos. 23-10008 and 23-10536 (5th Cir.), and *Carter v. Southwest Airlines Co.*, No. 23-10836 (5th Cir.) (planning to seek an extension of time);

- January 12, 2024: oral argument in *American Cruise Lines v. United States of America*, No. 22-1029 (2d Cir.);

- January 15, 2024: cert petition due in *Love v. Vanihel*, No. 24A___ (U.S.); and

- January 16, 2024: opening brief due in *Johnson v. Gentry*, No. 23-2124 (9th Cir.) (on two extensions);

*Third*, undersigned counsel has communicated and shared a copy of this motion with counsel for Kytch. Kytch's counsel indicates that Kytch consents to the requested extension.

For the foregoing reasons, Taylor Commercial Foodservice, LLC, respectfully requests that the Court extend the deadline to file its response brief by 30 days, up to and including January 26, 2024.

| | |
|---|---|
| Dated: December 1, 2023 | Respectfully submitted,<br><br>/s/ *Parker Rider-Longmaid* |
| Edward B. Micheletti<br>Sarah Runnells Martin<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>920 N. King St.<br>Wilmington, DE 19801<br><br>Raza Rasheed<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90071 | Shay Dvoretzky<br>Parker Rider-Longmaid<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York Ave., NW<br>Washington, DC 20005<br>Telephone: 202-371-7000<br>shay.dvoretzky@skadden.com<br>parker.rider-longmaid@skadden.com |

*Counsel for Defendant-Appellee Taylor Commercial Foodservice, LLC,*
*DBA Taylor Company*

# CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 526 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: December 1, 2023               Respectfully submitted,

*/s/ Parker Rider-Longmaid*

Parker Rider-Longmaid
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
parker.rider-longmaid@skadden.com

*Counsel for Defendant-Appellee*
  *Taylor Commercial Foodservice, LLC,*
    *DBA Taylor Company*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Circuit Rule 25.1, I hereby certify that on December 1, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the CM/ECF system will accomplish service.

Dated: December 1, 2023

Respectfully submitted,

*/s/ Parker Rider-Longmaid*

Parker Rider-Longmaid
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
parker.rider-longmaid@skadden.com

*Counsel for Defendant-Appellee*
  *Taylor Commercial Foodservice, LLC,*
    *DBA Taylor Company*