LAW OFFICES
# WILLIAMS & CONNOLLY LLP·

**WILLIAM T. BURKE**
(202) 434-5299
wburke@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

RECEIVED
APR 2 2 2025
U.S.C.A. 3rd. CIR

April 21, 2025

By Federal Express

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    <u>Kytch, Inc. v. Taylor Commercial Foodservice dba Taylor Company,</u>
            <u>Case No: 23-1810</u>

Dear Sir or Madam,

        I write on behalf of my client, Clare Locke LLP, in connection with the above-referenced matter to provide the enclosed Notice of Release of Attorney's Lien, which I request that you file on the docket. Please contact the undersigned if you have any questions.

                                      Respectfully submitted,

                                      */s/ William T. Burke*

                                      William T. Burke



# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| KYTCH, INC.<br><br>Plaintiff-Appellant,<br><br>v.<br><br>TAYLOR COMMERCIAL FOODSERVICE DBA TAYLOR COMPANY,<br><br>Defendants-Appellee. | Case No. 23-1810<br><br><br><br>On Appeal from the U.S. District Court for the District of Delaware<br>(Case No. 1:22-CV-00606-MN<br>Hon. Maryellen Norieka) |

## RELEASE OF LIEN FOR ATTORNEY'S FEES

ATTORNEY:

Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400

CLIENT:

Kytch, Inc.
3327 Seldon Court
Fremont, CA 94537

On November 24, 2023, pursuant to Va. Code § 54.1-3932, Clare Locke LLP claimed a lien upon the claims asserted by Kytch, Inc. in the above-captioned action as security for the contracted fees for services rendered by Clare Locke in relation to the above-captioned action (the "Lien for Attorney's Fees"). ECF #28.

Clare Locke LLP hereby releases the Lien for Attorney's Fees.

Date: April 21, 2025                    CLARE LOCKE LLP

By: *Thomas A. Clare*
Thomas A. Clare

By: *Elizabeth M. Locke*
Elizabeth M. Locke

10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.